| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lloyd | P | Robinson Jr |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Middle District of Alabama

Case number: 02-30814

RECEIVED

MAY 0 2 2022

United States Bankruptcy Court
Middle District of Alabama

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

FILED

MAY 0 2 2022

United States Bankruptcy Court
Middle District of Alabama

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $827.00 |
|---|---|
| Claimant's Name: | Lloyd P Robinson Jr |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 316 Wafer St<br>Pasadena TX 77506<br>(281) 619-0787 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

4. **Notice to United States Attorney**

   ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

   Office of the United States Attorney
   Middle District of Alabama
   131 Clayton Street
   Montgomery, AL 36104

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: APRIL 14, 2022

Signature of Applicant
Lloyd P Robinson Jr

Printed Name of Applicant

Address: 316 Wafer St
Pasadena TX 77506

Telephone: (281) 619-0787

Email: _____

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF TEXAS
COUNTY OF HARRIS

This Application for Unclaimed Funds, dated 4-14-22 was subscribed and sworn to before me this 14 day of APM, 2022 by LLOYD P ROBINSON I. who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____
My commission expires: 09/17/2024

[Notary Seal: RAJENDRA Y. PATEL, NOTARY PUBLIC, STATE OF TEXAS, ID 12666591-9, EXPIRES SEPTEMBER 19, 2024]

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____
My commission expires:

---

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

Names and addresses of all other parties served:

**MARY FRANK-BROWN**
**3924 ELM AVENUE**
**MONTGOMERY AL 36109**

Date: 4/27/22

_____
Signature

Lloyd P Robinson Jr
Name Printed

316 Wafer St
Street or P.O. Box

Pasadena TX 77506
City, State, and Zip Code